AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Louisiana

USMS-MLA AUG21'26AM8:40

United States of America
v.

CEDRICK KELLY

*Defendant*

Case No. 26-00094-SDD-EWD

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* CEDRICK KELLY,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Wire fraud, in violation of Title 18, United States Code, Section 1343.

UNITED STATES DISTRICT COURT ★ MIDDLE DISTRICT OF LOUISIANA ★

Date: 08/20/2026

*Issuing officer's signature*

City and state: Baton Rouge, Louisiana

Scott D. Johnson, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 8/21/26, and the person was arrested on *(date)* 9/8/26
at *(city and state)* Baton Rouge, LA.

Date: 9/8/26

*Arresting officer's signature*

Daryl Cunningham Jr. FBI Special Agent
*Printed name and title*